RECEIVED

NOV 02 2020

U.S. DISTRICT COURT
GREENVILLE, S.C.

2020 NOV -2 AM 10: 20

RECEIVED
USDC CLERK, GREENVILLE, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

*Federal Election Commission*
*JOE BIDEN*
*DONALD TRUMP*

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

*Jacob Baker*
*U.S. American*

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial:    ☐ Yes    ☐ No

(check one)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s) *Joe Bidden, Donald Trump*

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed. *Joe Bidden, Donald Trump*

| | |
|---|---|
| Name | *Federal Election Commission* |
| Street Address | *99 9, E. Street, N.W* |
| City and County | *Washington D.C 20463* |
| State and Zip Code | *20463* |
| Telephone Number | *1-800-424-9530 / info@fec.gov* |

### B.    The Defendant(s) *Jacob Baker*

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | *Jacob Baker* |
| Job or Title (if known) | *U. S. Attorney* |
| Street Address | *18-7th St. Judson* |
| City and County | *Greenville S. C* |
| State and Zip Code | *South Carolina 29611* |
| Telephone Number | *(864) 907-7097* |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

**Defendant No. 3**

| | |
|---|---|
| Name | |

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

Defendant No. 4

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

*United States / Pendent Jurisdiction Laws, relating On Constitution Of United 72 A.L.R. Fed. 91*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Subject Matter Jurisdiction federal or state court.*
*Under 28 U.S.C.A Sec. 1963, 194 A.L.R. Fed. 531*
*Modern Status Of pendent federal jurisdiction*
*Under 28 U.S.C.A Sec. 1338.16) Over State Claim*
*Unfair competition when joined with related claim Under*
*federal copyright law 58 A.L.R. Fed. 875*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of
the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* JACOB BAKer, is a citizen of
the State of *(name)* South Carolina. *Or* is a citizen of
*(foreign nation)* United State AMerican

b.    If the defendant is a corporation

The defendant, *(name)* JACOB BAKer, is
incorporated under the laws of the State of *(name)*
Washington D.C, and has its principal place of
business in the State of *(name)* South Carolina. *Or* is
incorporated under the laws of *(foreign nation)*
Virgin Rimdomm, and has its principal place of
business in *(name)* South Carolina.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): *$2,000,000 Million Dollars.*

*Jacob Baker - 2 year Term President U.S. American in a Set-Off Both Debt in Investigation inside a Law Office.*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Construction and Application Of Mandatory Stay Provision Of Federal Arbitration Act, 9 U.S.C.A. Sec. 3 A.b.R Pendent Jurisdiction Of federal Court Of Citizenship 9 U.S.R Fed 17*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Jacob Baker, Nov-2-2020 the Damage that's been done By Law Enforce; Government & Court, in the Marital had Not Been due yet to Stop This the Promble "Compute" This U.S. of A "Set-OFF" that's the Law Be Paid Up in the Amount O.t. the Debt; what United State American on Debt. And the Amount it's Costs me, to Represent U.S. American in Court the work Doing the work in Court. tile Rigiht; Thank you Jacob Baker*

*Time 2020 Nov 2 Baker Jacob Baker*

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *11-2*, 20*20.*

Signature of Plaintiff     *Jacob Baker*

Printed Name of Plaintiff

### B.     For Attorneys

Date of signing: *11-2*, 20*20.*

Signature of Attorney     *Jacob Baker*

Printed Name of Attorney     *JACOB BAKER*

Bar Number     *Supreme Court Pro Se Counsel, U.S. Attorney*

Name of Law Firm     *JACOB BAKER*

Address     *18-7th St. Judson Greenville SC 29611*

Telephone Number     *(864) 907-7099*

E-mail Address     *JACOB1972@yahoo.com*